USDC ...
DOCUMENT
ELECTRO... ...
DOC #:
DATE: 12/20/19

# STEVEN A. HOFFNER

325 Broadway, Suite 505  tel: 212-941-8330
New York, New York 10007  fax: 646-810-4031

---

December 17, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
New York, New York 10007

**VIA ECF**

Re: U.S. v. Samuel Oladimeji
19 CR 236 (AKH)

Dear Judge Hellerstein:

I am defendant's counsel on the above-referenced matter. This case is presently scheduled for trial on April 20, 2020. For a few reasons detailed below I hereby request an adjournment of this trial to a date in June or July. The main reason is that Judge Scherzer in Supreme Court, New York County wants to try a multi-defendant murder case in April, and she has been coordinating the matter with three other defense counsels. Obviously, if Your Honor does not want to reschedule this case, I will let her know that the murder case must wait.

I am also seeking an adjournment because Mr. Oladimeji is having difficulty paying the trial fee, as his business of importing and exporting items from and to Nigeria has slowed down. He has shown my photos of sacks of yam powder that sit in a warehouse in New Jersey that he is having trouble selling. An adjournment of this case to June or July would greatly assist Mr. Oladimeji in being able to pay his legal fee.

*Trial is adjourned to June 15, 2020 at 10:00 AM. Time is excluded until then in the interest of justice. The final pretrial conference shall take place on June 4, 2020 at 11:00 AM. So ordered.*

*[signature] A.K. Hellerstein*
*12/20/19*

I have conferred with Assistant United States Attorney Bhaskaran and she takes no position on this request. Her only concern is that the case not be scheduled for May as she is involved in certain other matters which make a May trial difficult.

Thank you for your attention.

                                        Respectfully,

                                             /s/

                                        Steven Hoffner