# STEVEN A. HOFFNER
### ATTORNEY AT LAW

325 Broadway, Suite 505          tel: 212-941-8330
New York, New York 10007      fax: 646-810-4031

---

February 13, 2021

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
**BY ECF**

> *[Handwritten annotation:]* The trial is adjourned until October 4, 2021. The FPTC is adjourned until Sept. 29, 2021 at 2:30 pm. Time is excluded until Oct 4, 2021; in the interest of justice.
>
> /s/ Alvin K. Hellerstein
> 3/1/2021

Re:    United States v. Samuel Oladimeji
       19 Cr. 236 (AKH)

Your Honor:

I am defendant Oladimeji's lawyer on the above matter, and hereby write to provide the Court with counsel's availability for the trial of this matter. I have conferred with Assistant United States Attorney Rushmi Bhaskaran, and she has advised me that she has trials scheduled for late April, May, June and mid-August with incarcerated defendants.

I also expect to be engaged in criminal trials in state court over the summer and plan on taking a vacation in July. As Ms. Bhaskaran is not available in August, it appears that a September trial date makes the most sense. I consent to the exclusion of such time for speedy trial purposes. Ms. Bhaskaran has no objection to this request.

Thank you for your attention to this matter.

Respectfully,

/s/

Steven Hoffner