UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA,

    -v-

SAMUEL OLANIYI OLADIMEJI,

    Defendant(s).
------------------------------------------------------------ x

**SCHEDULING ORDER**

19 Cr. 236 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The initial pretrial conference which was scheduled to be held on September 29, 2021 is adjourned to September 30, 2021 at 12:00 p.m., and will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

    To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

    Finally, no later than September 28, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:  July 28, 2021             _____//S//_____
            New York, New York       ALVIN K. HELLERSTEIN
                                          United States District Judge