# STEVEN A. HOFFNER

| 325 Broadway, Suite 505 | tel: 212-941-8330 |
| New York, New York 10007 | fax: 646-810-4031 |

---

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
New York, New York 10007
**VIA ECF**

September 2, 2021

Re:   U.S. v. Samuel Oladimeji
      <u>19 CR 236 (AKH)</u>

The final pretrial conference will be held on July 6, 2022 at 11 am. The trial is hereby adjourned until July 11, 2022 at 10 am. Time is excluded.

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
9/3/21

Dear Judge Hellerstein:

I am defendant's counsel on the above-referenced matter. This case is presently scheduled for trial on October 16, 2021. Mr. Oladimeji is not in custody. I believe his case is tracking behind another matter in which the defendant is incarcerated. I hereby request an adjournment of this trial to a date in early 2022. I have a number of incarcerated matters in New York's state court in which the court is trying to schedule me to do hearings in October and November. I would, of course, consent to the exclusion of time for speedy trial purposes.

I have conferred with AUSA Bhaskaran and she does not oppose this request. In fact, because of the necessity of scheduling the appearance of numerous witnesses due to the ongoing COVID pandemic I believe it may be beneficial to both sides to have a firm date in early 2022 rather than this tentative October date.

Thank you for your attention.

Respectfully,

/s/

Steven Hoffner