UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
UNITED STATES OF AMERICA                   :
                                           :
                                           :   **SCHEDULING ORDER**
                                           :
           -against-                       :
                                           :   19 Cr. 236 (AKH)
                                           :
                                           :
SAMUEL OLANIYI OLADIMEJI,                  :
                                           :
                    Defendant.             :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing scheduled to take place on October 27, 2022 is hereby adjourned to November 9, 2022 at 12:00 p.m., in Courtroom 14D.

        SO ORDERED.

Dated:    October 21, 2022               /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                                    United States District Judge