UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
  UNITED STATES OF AMERICA           :
                                     :
                                     :  **SCHEDULING ORDER**
         -against-                   :
                                     :  19 Cr. 236 (AKH)
                                     :
                                     :
  SAMUEL OLANIYI OLADIMEJI,          :
                                     :
                    Defendant.       :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing in the above-captioned matter will take place January 18, 2023 at 11:00 a.m., in Courtroom 14D.

      SO ORDERED.

Dated:  December 6, 2022        __/s/ Alvin K. Hellerstein_____
       New York, New York       ALVIN K. HELLERSTEIN
                            United States District Judge