UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :
                                    :  **SCHEDULING ORDER**
       -against-                    :
                                    :  19 Cr. 236 (AKH)
                                    :
                                    :
SAMUEL OLANIYI OLADIMEJI,           :
                                    :
                       Defendant.   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing scheduled to take place on January 18, 2023 is hereby adjourned to January 26, 2023 at 11:00 a.m., in Courtroom 14D.

       SO ORDERED.

Dated:    January 4, 2023           __/s/ Alvin K. Hellerstein_____
           New York, New York      ALVIN K. HELLERSTEIN
                                            United States District Judge